UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | 3:09-md-02100-DRH |
| | MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rebecca A. Bolander, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11936-DRH |
| *Carrie Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10337-DRH |
| *Allison J. Crandall, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11706-DRH |
| *Lindsey LaChiana v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10327-DRH |
| *Jessie Manning v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10606-DRH |
| *Malissa A. Nelson, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13553-DRH |
| *Breezy Risher v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11121-DRH |
| *Amelia G. Sherwood v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10233-DRH |
| *Stacy M. Sims, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13485-DRH |
| *Rosalind Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10894-DRH |
| *Rachel E. Willoby v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13550-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 27, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:  /s/*Caitlin Fischer*
                                             **Deputy Clerk**

**Dated:**  June 27, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.27
16:02:36 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**

2